# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA CLARKE and FREDERICK CLARKE, | NO. 3:18-CV-1925 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| LIBERTY MUTUAL INSURANCE COMPANY and LM GENERAL INSURANCE COMPANY, | |
| Defendants. | |

## **ORDER**

**NOW**, this 11th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss Count Two of the Second Amended Complaint (Doc. 16) is **GRANTED**.

(2) Plaintiffs' bad faith claim in Count Two of the Second Amended Complaint is **DISMISSED with prejudice**.

(3) Defendants shall file their Answer to the Second Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.


                                                    /s/ A. Richard Caputo
                                                    A. Richard Caputo
                                                    United States District Judge