# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA CLARKE and FREDERICK CLARKE, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY and LM GENERAL INSURANCE COMPANY, <br><br> Defendants. | NO. 3:18-CV-1925 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 19th day of March, 2019, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Reconsideration or in the Alternative for Certification for Discretionary Appeal (Doc. 22) is **DENIED**.

                                                                  /s/ A. Richard Caputo
                                                                  A. Richard Caputo
                                                                  United States District Judge